UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY PIPOLA,　　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　97-CV- 4988 (SJ)
　　　　　　　　Petitioner,

　-against-

UNITED STATES OF AMERICA,

　　　　　　　　Respondent.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on June 17, 2005, denying petitioner's motion for reconsideration pursuant to Fed. R. Civ. P. 60(b); and directing the Clerk of Court to enter a final judgment of dismissal; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's motion for reconsideration pursuant to Fed. R. Civ. P. 60(b) is denied; and that a final judgment of dismissal is hereby entered.

Dated: Brooklyn, New York
　　　　June 21, 2005

　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★　JUN 2 1 2005　★
TIME P.M. _____
TIME A.M. _____